# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  PAUL A. BARMORE  
2124 NORTHWOOD DRIVE    SSN-xxx-xx-6818  
BELVIDERE, IL  61008

Case Number: 05-75508

Case filed on:    10/4/2005  
Plan Confirmed on:    12/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $14,549.85        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | PAUL A. BARMORE | 0.00 | 0.00 | 1,082.41 | 0.00 |
| 999 | PAUL A. BARMORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,082.41 | 0.00 |
| 001 | BELVIDERE BANK | 9,454.06 | 9,454.06 | 9,454.06 | 673.62 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS | 7,064.78 | 1,397.66 | 1,397.66 | 0.00 |
|  | Total Secured | 16,518.84 | 10,851.72 | 10,851.72 | 673.62 |
| 001 | BELVIDERE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACCOUNT RECOVERY SERVICES | 71.50 | 71.50 | 71.50 | 6.62 |
| 005 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | HUMANA INSURANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NICOR GAS | 448.44 | 448.44 | 448.44 | 41.29 |
| 009 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ACADEMY COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BELVIDERE CHURCH OF THE OPEN BIBLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HUNTINGTON MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 525.81 | 525.81 | 525.81 | 48.35 |
|  | Total Unsecured | 1,045.75 | 1,045.75 | 1,045.75 | 96.26 |
|  | Grand Total: | 17,564.59 | 11,897.47 | 12,979.88 | 769.88 |

Total Paid Claimant:    $13,749.76  
Trustee Allowance:    $800.09        Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:    100.00        discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007        By  /s/Heather M. Fagan